# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| STEVEN L. RUSSELL ) | Case No: 2:02-cr-93 |
| ) | USM No: |
| Date of Previous Judgment: 1/17/2003 ) | Steven S. Nolder |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __156 on Count 1__ months **is reduced to** __124 on Count 1__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's 60 month consecutive sentence on Count 2 remains in effect, yielding an aggregate federal sentence of 184 months

Except as provided above, all provisions of the judgment dated __1/17/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/9/09__

Judge's signature

Effective Date: _____
(if different from order date)

__Algenon L. Marbley, U.S. District Judge__
Printed name and title